UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVONTAHE BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. BITER, Warden,<br><br>　　　　　Respondent. | Case No. CV 14-3934-MMM (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Respondent's Motion to Dismiss is granted in part to the extent it seeks dismissal of Claim One, the instructional error claim; and (2) Respondent shall file an Answer to the First Amended Petition containing Claim Two, the insufficient evidence claim, within thirty (30) days of the date of this Order.

Dated: June 29, 2018

HONORABLE VIRGINIA A. PHILLIPS
Chief United States District Judge