JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVONTAHE BROWN,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>M. BITER, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 14-3934-AG (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is DENIED and this action is DISMISSED with prejudice.

Dated: February 28, 2019

HON. ANDREW J. GUILFORD
United States District Judge